UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TSGT JOSHUA CALDWELL, individually and as administrator for the Estate of Savannah Caldwell, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant. | No. 1:22-cv-0111 (PTG/TCB) |

**DEFENDANT'S PARTIAL MOTION TO DISMISS**

Defendant United States of America respectfully moves to dismiss the complaint in the above-captioned action in part pursuant to Federal Rule of Civil Procedure 12(b)(1). The grounds for this motion are more fully set forth in the accompanying memorandum of law.

//

//

//

//

//

//

Date: April 15, 2022                                Respectfully submitted,

                                                  UNITED STATES OF AMERICA

                                                JESSICA D. ABER
                                                United States Attorney

By:     /s/_____
        PETER B. BAUMHART
        Assistant U.S. Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3738
        Fax:       (703) 299-3983
        Email: Peter.Baumhart@usdoj.gov

        SEAN D. JANSEN
        Assistant U.S. Attorney
        101 W. Main St., Suite 8000
        Norfolk, Virginia 23510
        Telephone: (757) 441-6331
        Fax:       (757) 441-6689
        Email: Sean.Jansen@usdoj.gov

        *Counsel for Defendant*