AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:22-cv-111

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Kansas State University c/o Office of Legal Counsel on *(date)* June 28, 2022 .

☑ I served the subpoena by delivering a copy to the named person as follows: via certified mail, return receipt requested on June 29, 2022 and received by named person

on *(date)* July 7, 2022 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 07/25/2022

*Server's signature*

Thelma Alvarado-Garza, Paralegal
*Printed name and title*
1114 Lost Creek Blvd., Ste. 410
Austin, Texas 78749

*Server's address*

Additional information regarding attempted service, etc.: