UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **TSGT JOSHUA CALDWELL, as administrator for the Estate of Savannah Caldwell,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | No. 1:22-cv-0111 (PTG/IDD) |

## JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff and Defendant, through their undersigned counsel, hereby respectfully submit this joint motion to continue the final pretrial conference and all associated deadlines until November 16, 2022. The good cause for this relief is as follows:

1. Plaintiff filed this action alleging medical malpractice under the Federal Tort Claims Act on February 2, 2022. *See* Dkt. 1. Pursuant to this Court's initial scheduling order, issued on June 9, 2022, the parties have conducted discovery, which is set to close on October 14, 2022. *See* Dkt. 19, 21. A final pretrial conference is currently scheduled for Wednesday, October 19, 2022. Dkt. 19.

2. The parties have decided to engage in a settlement conference in this matter in the hopes of reaching a resolution without further litigation. To that end, the parties have scheduled a settlement conference with Magistrate Judge Davis on November 1, 2022.

3. Of course, the parties have not yet commenced the settlement process, and cannot

make any definitive representations regarding whether a settlement can be attained here, other than to note that both parties will negotiate in good faith. Nevertheless, to avoid the potentially needless expenditure of this Court's and the parties' resources, in the event that the parties are able to reach a settlement, Plaintiff and Defendant respectfully request that the Court continue the final pretrial conference, as well as the associated deadlines to file exhibit and witness lists and serve exhibits on opposing counsel, until November 16, 2022, or until another date selected by the Court.

4. A proposed order is attached for the Court's convenience. The parties waive hearing on this joint motion.

Dated: October 5, 2022                                              Respectfully submitted,

UNITED STATES OF AMERICA

JESSICA D. ABER
United States Attorney

By: _____/s/_____                                                 _____/s/_____
PETER B. BAUMHART                                                   Patrick M. Regan (VSB # 19743)
Assistant U.S. Attorney                                             REGAN, ZAMBRI LONG PLLC
2100 Jamieson Avenue                                                1919 M Street, NW, Ste. 350
Alexandria, Virginia 22314                                          Washington, DC 20036
Tel: (703) 299-3738                                                 Tel: (202) 822-1880
Fax: (703) 299-3983                                                 Fax: (202) 463-0667
Email: Peter.Baumhart@usdoj.gov                                     pregan@reganfirm.com

SEAN D. JANSEN                                                      Jamal K. Alsaffar (*pro hac vice*)
Assistant U.S. Attorney                                             Tom Jacob (*pro hac vice*)
101 W. Main St., Suite 8000                                         Steven Haspel (*pro hac vice*)
Norfolk, Virginia 23510                                             WHITEHURST, HARKNESS, BREES,
Tel: (757) 441-6331                                                 CHENG, ALSAFFAR, HIGGINBOTHAM,
Fax: (757) 441-6689                                                 & JACOB, P.L.L.C.
Email: Sean.Jansen@usdoj.gov                                        7500 Rialto Blvd., Bldg. Two, Ste. 250
*Counsel for Defendant*                                             Austin, TX 78735
                                                                    Tel: (512) 476-4346
                                                                    Fax: (512) 467-4400
                                                                    jalsaffar@nationaltrialllaw.com
                                                                    tjacob@nationaltriallaw.com
                                                                    shaspel@nationaltrialllaw.com
                                                                    *Counsel for Plaintiff*

2