UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **TSGT JOSHUA CALDWELL,** as administrator for the Estate of Savannah Caldwell,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | No. 1:22-cv-0111 (PTG/IDD) |

## ORDER

This matter comes before the Court on the parties' joint motion for continuance of the final pretrial conference. Upon consideration of the motion, and for good cause shown, it is hereby:

ORDERED that the parties' motion is GRANTED; and it is further

ORDERED that the final pretrial conference in this matter currently scheduled for October 19, 2022, as well as the associated deadlines to file exhibit and witness lists and serve exhibits on opposing counsel, are continued to November 16, 2022.

Dated: October 5, 2022

/s/
Patricia Tolliver Giles
United States District Judge

1